# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Mary Hoyle, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:22-cv-02452-VMC-JEM |
| v. ) | |
| ) | |
| Portfolio Recovery Associates, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Mary Hoyle, by and through undersigned counsel, hereby dismisses this action against Defendant, Portfolio Recovery Associates, LLC, **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 13th day of October, 2022.

                                        **BERRY & ASSOCIATES**

                                        */s/ Matthew T. Berry*
                                        Matthew T. Berry
                                        Georgia Bar No.: 055663
                                        matt@mattberry.com
                                        Telephone: (404) 235-3334
                                        2751 Buford Highway, Suite 600
                                        Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Portfolio Recovery Associates, LLC, with adequate postage affixed thereto and addressed as follows:

Maria Carr<br>
PRA Group<br>
c/o Corporation Service Company<br>
100 Shockoe Slip, 2nd Floor<br>
Richmond, VA 23219

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*